**ORIGINAL**

KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Assistant U. S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6759

Attorneys for Plaintiff
United States of America

FILED
08 MAY -8 PM 4:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:            DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. '08 CV 0838 L BLM |
| Plaintiff, | |
| v. | COMPLAINT FOR MONEY DAMAGES |
| YSABEL CABALLERO, | |
| Defendant. | |

For its claim against the above-named defendant, the United States of America alleges:

1. This court has jurisdiction under 28 U.S.C. § 1345.

2. The defendant resides within the court's jurisdiction.

### FIRST CAUSE OF ACTION

3. Defendant obtained a student loan totaling $2,625.00, which was insured by the U. S. Department of Education ("DOEd") pursuant to 20 U.S.C. § 1071, et seq.

/ / /
/ / /
/ / /
/ / /
/ / /

MCL:cv:2008A41327001

4. Defendant defaulted and the original lender applied to a guaranty agency for reimbursement of its guaranteed loan. On or about June 10, 1997, this claim was paid by the agency which assumed all the lender's rights upon the insured loans. Thereafter, on or about October 17, 2006, DOEd assumed all rights to the claims from the guaranty agency.

5. Pursuant to 34 C.F.R. § 682.202 and/or terms of the promissory notes the holder(s) capitalized accrued interest of $590.00 thereby increasing the balance due to $3,215.00 principal.

## SECOND CAUSE OF ACTION

6. Defendant obtained a student loan totaling $3,625.00 which were insured by DOEd pursuant to 20 U.S.C. § 1071, et seq.

7. Defendant defaulted and the original lender applied to a guaranty agency for reimbursement of its guaranteed loan. On or about February 28, 1998, this claim was paid by the agency which assumed all the lender's rights upon the insured loan. Thereafter, on or about October 17, 2006, DOEd assumed all rights to the claim from the guaranty agency.

8. Pursuant to 34 C.F.R. § 682.202 and/or the terms of the promissory notes the holder(s) capitalized accrued interest of $1,273.26 thereby increasing the balance due to $3,898.26 principal.

## THIRD CAUSE OF ACTION

9. Defendant obtained a student loan totaling $2,517.00 which was insured by DOEd pursuant to 20 U.S.C. § 1071, et seq.

10. Defendant defaulted and the original lender applied to a guaranty agency for reimbursement of its guaranteed loan. On or about June 10, 1997, this claim was paid by the agency which assumed all the lender's rights upon the insured loan. Thereafter, on or about October 17, 2006, DOEd assumed all rights to the claim from the guaranty agency.

11. Pursuant to 34 C.F.R. § 682.202 and/or the terms of the promissory notes the holder(s) capitalized accrued interest of $1,212.07 thereby increasing the balance due to $3,729.07 principal.

## FOURTH CAUSE OF ACTION

12. Defendant obtained student loans totaling $4,000.00 which were insured by DOEd pursuant to 20 U.S.C. § 1071, et seq.

13. Defendant defaulted and the original lender applied to a guaranty agency for reimbursement of its guaranteed loans. On or about December 4, 1993, these claims were paid by the agency which assumed all the lender's rights upon the insured loans. Thereafter, on or about October 17, 2006, DOEd assumed all rights to the claim from the guaranty agency.

14. Pursuant to 34 C.F.R. § 682.202 and/or the terms of the promissory notes the holder(s) capitalized accrued interest of $995.63 thereby increasing the balance due to $4,995.63 principal.

15. Although demand has been made, a total of only $1,191.24 has been paid to the guaranty agency.

WHEREFORE, plaintiff prays for:

1. Judgment against defendant as to the First Cause of Action in the amount of $3,085.79 principal, plus interest at 8 percent per annum from June 10, 1997, to the date of entry of judgment.

2. Judgment against defendant as to the Second Cause of Action in the amount of $3,258.52 principal, plus interest at 8 percent per annum from February 28, 1998, to the date of entry of judgment.

3. Judgment against defendant as to the Third Cause of Action in the amount of $3,476.28 principal, plus interest at 8.49 percent per annum from June 10, 1997, to the date of entry of judgment.

4. Judgment against defendant as to the Fourth Cause of Action in the amount of $3,081.33 principal, plus interest at 8.49 percent per annum from December 4, 1993, to the date of entry of judgment.

5. Interest after judgment at the then-current legal rate, compounded annually until paid in full, pursuant to 28 U.S.C. § 1961(b).

6. Costs of processing and handling this claim pursuant to 31 U.S.C. § 3717(e)(1).

7. Penalty charges pursuant to 31 U.S.C. § 3717(e)(2).

8. Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2).

9. Costs of suit.

10. Such other relief as the court deems proper.

DATED: 5-8-08

                                CAROL C. LAM
                                United States Attorney

                                MARY C. LUNDBERG
                                Assistant U. S. Attorney

**ORIGINAL**

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
Ysabel Caballero

'08 CV 0838 L BLM
08 MAY -8 PM 4:12

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
KAREN P. HEWITT, U.S. ATTORNEY
Mary C. Lundberg, Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

Attorneys (If Known): BY: _____ DEPUTY

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| | PERSONAL PROPERTY | 690 Other | | 490 Cable/Sat TV |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 370 Other Fraud | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 195 Contract Product Liability | / 385 Property Damage Product Liability | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 196 Franchise | | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 220 Foreclosure | 442 Employment | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / Habeas Corpus: | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 240 Torts to Land | 444 Welfare / 530 General | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / 540 Mandamus & Other | | | |
| | 440 Other Civil Rights / 550 Civil Rights | | | |
| | / 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1345; Title IV-B of the Higher Education Act of 1965, as amended 20 U.S.C. 1071 et Seq.
Brief description of cause:
(34 CFR. Part 682)

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 12,901.93
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
Mary C. Lundberg, Assistant U.S. Attorney

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____