©COPY

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

UNITED STATES OF AMERICA

V.

YSABEL CABALLERO

SUMMONS IN A CIVIL CASE

CASE NUMBER: '08 CV 0838 L BLM

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KAREN P. HEWITT, United States Attorney
Mary C. Lundberg, Assistant U.S. Attorney
880 Front St., Room 6293
San Diego, CA 92101-8893

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  B. LLOYD

DATE  5/8/08

(By) DEPUTY CLERK

CR