KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Asst. U.S. Attorney
California State Bar No.120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6759
Email: Mary.Lundberg@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08CV0838-L(BLM) |
| Plaintiff, ) | |
| v. ) | JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT |
| YSABEL CABALLERO, ) | |
| Defendant. ) | |

Plaintiff, United States of America, by its undersigned attorneys, and defendant, Ysabel Caballero, stipulate as follows:

Defendant is indebted to the United States as to all four causes of action in the sum of $12,901.92 principal, plus interest at the rate of eight percent per annum from June 10, 1997 as to the first cause of action, interest at the rate of eight percent per annum from February 28, 1998 at to the second cause of action, interest at the rate of 8.49 percent per annum from June 10, 1997 as to the third cause of action, and interest of 8.49 percent per annum from December 4, 1993 as to the fourth cause of action, for a total on all four causes of action of $6,781.45, and filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2), by reason of defendant's default in repayment of a federally insured student loans.

///

MCL:ggc

Judgment by consent as stated above may be entered against defendant.

In addition, defendant will be liable for costs of suit in this action in the sum of $20.00.

Post-judgment interest will accrue at the current legal rate in effect on the date of entry of judgment and will be compounded annually until paid in full pursuant to the provisions of 28 U.S.C. § 1961(b).

DATED: May 27, 2008

                              KAREN P. HEWITT
                              United States Attorney

                              MARY C. LUNDBERG
                              Assistant U. S. Attorney

DATED: May 27, 2008

                              YSABEL CABALLERO
                              Defendant