UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>YSABEL CABALLERO,<br><br>           Defendant. | Civil No. 08cv838 L(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR CONSENT JUDGMENT [doc. #4]** |

Good cause appearing, the parties' joint motion for consent judgment is **GRANTED**. Pursuant to the stipulation for entry of consent judgment filed by the parties, **IT IS FURTHER ORDERED** that judgment be entered against the defendant in the sum of $19,683.37, the total of principal and interest, together with filing fees allowed pursuant to 28 U.S.C. § 2412 (a)(2) of $350.00 and court costs of $20.00, for a total of $20,053.37. **IT IS FURTHER ORDERED** that interest at the current legal rate will accrue upon entry of judgment and will be compounded annually until paid in full, pursuant to 28 U.S.C. § 1961 (b).

**IT IS SO ORDERED.**

DATED: June 6, 2008

M. James Lorenz
United States District Court Judge

1 | COPY TO:
2 | HON. BARBARA L. MAJORS
  | UNITED STATES MAGISTRATE JUDGE
3 |
4 | ALL PARTIES/COUNSEL