UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No. 08CV0838L(MJL) |
| Plaintiff, ) | |
| v. ) | P R A E C I P E |
| YSABEL CABALLERO, ) | |
| Defendant. ) | |

TO THE CLERK:

Please issue an Abstract of Judgment.

CLAUDIA VAZQUEZ
Legal Assistant
Ext. 5730

Date issued: 6/17/08

ABSTRACT ISSUED.
ECL